UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DESMOND GARMON, ZELL HATHORNE, LEWIS HOBBY, JR., ULTRA COBBIN, BENNIE REED, RHANAE GREER, SUNSHINE SMITH, ANTWON CHERRY, ADEOLA RACAL OLUTAYO and CHARISSE LANGSTON**, <br><br> Plaintiffs, <br><br> vs. <br><br> **RALPHS GROCERY COMPANY, d/b/a FOOD 4 LESS MIDWEST, and THE KROGER CO.**, <br><br> Defendants. | Case No.: 1:23-cv-15345 <br><br> Honorable Steven C. Seeger |

**JOINT STATEMENT REGARDING SETTLEMENT CONFERENCE**

Pursuant to this Court's Minute Entry (Dckt. No. [18]), the parties advise the Court that they met and conferred about settlement and, at this time, the parties do not seek a settlement conference.

Dated: March 8, 2024

*Respectfully submitted,*

| | |
|---|---|
| **DESMOND GARMON, ZELL HATHORNE, LEWIS HOBBY, JR., ULTRA COBBIN, BENNIE REED, RHANAE GREER, SUNSHINE SMITH, ANTWON CHERRY, ADEOLA RACAL OLUTAYO and CHARISSE LANGSTON** | **RALPHS GROCERY COMPANY, d/b/a FOOD 4 LESS MIDWEST, and THE KROGER CO.** |
| */s/ Majdi Hijazin* | */s/ Richard E. Daniels* |
| Majdi Hijazin <br> Adam J. Feuer <br> Samuel L. Eirinberg <br> DC LAW, PLLC <br> 140 S. Dearborn Street, Suite 1610 <br> Chicago, Illinois 60603 | Richard E. Daniels <br> Diane Webster, *Lead Trial Counsel* <br> GORDON REES SCULLY MANSUKHANI, LLP <br> One North Franklin Street, Suite 800 <br> Chicago, Illinois 60606 <br> (312) 565-1400 |

(872) 804-3400
majdi@teamjustice.com
adam@teamjustice.com
sam@teamjustice.com

dwebster@grsm.com
rdaniels@grsm.com

*Counsel for Defendants*

Nick Wooten, *Lead Trial Counsel*
DC LAW, PLLC
1012 West Anderson Lane
Austin, Texas 78757
(512) 220-1800
nick@teamjustice.com

*Counsel for Plaintiffs*