UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DESMOND GARMON, ZELL HATHORNE, LEWIS HOBBY, JR., ULTRA COBBIN, BENNIE REED, RHANAE GREER, SUNSHINE SMITH, ANTWON CHERRY, ADELOA RACAL OLUTAYO and CHARISSE LANGSTON,<br><br>        Plaintiffs,<br><br>vs.<br><br>RALPHS GROCERY COMPANY, d/b/a FOOD 4 LESS MIDWEST, and THE KROGER CO.,<br><br>        Defendants. | Case No. 1:23-cv-15345<br><br>Hon. Steven C. Seeger |

## NOTICE OF MOTION

To:  See Attached Service List

    PLEASE TAKE NOTICE that on **Tuesday, March 26, 2024** at **9:00 a.m.,** or as soon thereafter as counsel may be hard, we shall appear before the Honorable Steven C. Seeger, or any Judge occupying his stead in courtroom 2319 of the Northern District of Illinois, Eastern Division, United States Courthouse, located at 219 S. Dearborn, Chicago, Illinois, and then and there present ***Defendants' Unopposed Motion to Reassign and Consolidate***, copies of which are attached hereto and are hereby served upon you.

Dated: March 21, 2024                     Respectfully submitted,

                                                    By:  /s/ *Diane Webster*
                                                              GORDON REES SCULLY MANSUKHANI LLP
                                                              Diane Webster (#6284225)
                                                              Richard E. Daniels (#6335759)
                                                              One North Franklin, Suite 800
                                                              Chicago, Illinois 60606
                                                              Phone: (312) 565-1400
                                                              Fax: (312) 565-6511
                                                              dwebster@grsm.com
                                                              rdaniels@grsm.com
                                                              *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2024, I electronically filed the foregoing ***Defendants' Unopposed Motion to Reassign and Consolidate*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record, and serve a copy of the foregoing document via electronic mail in accordance with Local Rule 5.9 to:

**Attorneys for Plaintiff**

Majdi Hijazin
Adam J. Feuer
Samuel L. Eirinberg
DC Law, PLLC
140 S. Dearborn Street, Suite 1610
Chicago, IL 60603
Ph: (872) 804-3400
majdi@teamjustic.com
adam@teamjustice.com
sam@teamjustice.com

and

Nick Wooten, *Lead Trial Counsel*
DC Law, PLLC
1012 West Anderson Lane
Austin, TX 78757
Ph: (512) 220-1800
nick@teamjustice.com

Dated: March 21, 2024                Respectfully submitted,

                                          By:  /s/ Diane Webster
                                                    GORDON REES SCULLY
                                                    MANSUKHANI LLP
                                                    Diane Webster (#6284225)
                                                    Richard E. Daniels (#6335759)
                                                    One North Franklin, Suite 800
                                                    Chicago, Illinois 60606
                                                    Phone: (312) 565-1400
                                                    Fax: (312) 565-6511
                                                    dwebster@grsm.com
                                                    rdaniels@grsm.com
                                                    *Counsel for Defendants*