UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Desmond Garmon, et al.

Plaintiff,

v.                                                      Case No.: 1:23−cv−15345
                                                        Honorable Steven C.
                                                        Seeger

Ralphs Grocery Company, d/b/a Food 4 Less
Midwest, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 10, 2024:

MINUTE entry before the Honorable Steven C. Seeger: Defendants' unopposed motion to reassign a related case (Dckt. No. [22]) is hereby granted. Under Local Rule 40.2, the Court approves the reassignment of Adams v. Ralphs Grocery Company, d/b/a Food 4 Less Midwest, and The Kroger Co. (Case No. 1:24−cv−01898). The Clerk shall reassign Case No. 1:24−cv−01898 Adams v. Ralphs Grocery Company, et al to this Court. Upon reassignment, the cases will be consolidated under Federal Rule 42. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.