IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DESMOND GARMON, ZELL HATHORNE, LEWIS HOBBY, JR., ULTRA COBBIN, BENNIE REED, RHANAE GREER, SUNSHINE SMITH, ANTWON CHERRY, ADEOLA RACAL OLUTAYO and CHARISSE LANGSTON**, <br><br>　　　　Plaintiffs, <br>　vs. <br><br>**RALPHS GROCERY COMPANY, d/b/a FOOD 4 LESS MIDWEST, and THE KROGER CO.**, <br><br>　　　　Defendant. | Case No.: 1:23-cv-15345 <br><br> **Honorable Steven C. Seeger** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, ULTRA COBBIN and ADEOLA RACAL OLUTAYO, by and through their undersigned counsel, submit this Notice of Voluntary Dismissal of their individual claims, without prejudice, each party to bear their own costs. The matter remains pending as to all other Plaintiffs.

Dated: May 28, 2024

Respectfully submitted,

**ULTRA COBBIN and ADEOLA RACAL OLUTAYO**

*/s/ Adam J. Feuer*
Majdi Hijazin - # 6284879
Adam J. Feuer - # 6307792
Samuel L. Eirinberg - # 6328842
Cook County Attorney Code: 100751
DJC Law, PLLC
140 S. Dearborn Street, Ste. 1610
Chicago, Illinois 60603
(872) 804-3400
adam@teamjustice.com

notices@teamjustice.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on May 28, 2024, the foregoing **NOTICE OF VOLUNTARY DISMISSAL** was served via the Court's CM/ECF system to all counsel of record.

*/s/ Adam J. Feuer*
Adam J. Feuer