# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DESMOND GARMON, ZELL HATHORNE, LEWIS HOBBY, JR., ULTRA COBBIN, BENNIE REED, RHANAE GREER, SUNSHINE SMITH, ANTWON CHERRY, ADEOLA RACAL OLUTAYO and CHARISSE LANGSTON, | |
| Plaintiffs, | Case No. 1:23-cv-15345 |
| v. | Hon. Steven C. Seeger |
| RALPHS GROCERY COMPANY, d/b/a FOOD 4 LESS MIDWEST, and THE KROGER CO., | |
| Defendants. | |

## SCHEDULING ORDER UNDER RULE 16(b)

The Court received the parties' Joint Initial Status Report, which contained a proposed discovery plan as required by Rule 26(f)(2). Based on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Amendment to the pleadings | March 28, 2025 |
| Service of process on any "John Does" | N/A |
| Completion of Fact Discovery | June 27, 2025 |
| Disclosure of Plaintiff's Expert Report(s) | July 25, 2025 |
| Deposition of Plaintiff's Expert | August 29, 2025 |
| Disclosure of Defendant's Expert Report(s) | August 22, 2025 |
| Deposition of Defendant's Expert | September 26, 2025 |

2

| Dispositive Motions | October 24, 2025 |

Date: November 12, 2024

Steven C. Seeger
United States District Judge